AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neiman, Kenneth P. | U.S. Federal District Court | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

300 State Street, Suite 250
Springfield, MA 01105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Neiman & Fierst: 50% Ownership of Rental Property #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Adjunct faculty (Western New England College School of Law) | $8,550.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed clinical social worker |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Northampton, MA | E | Rent | N | S | | | | | |
| 2. Banknorth, N.A. Savings, now TDBank | A | Interest | L | T | | | | | |
| 3. 1st Global Capital, now New England Securities (pars. 4-22) | | | | | | | | | |
| 4. 1st Global Cap. Res., now Dreyfus Int. Deposits | A | Interest | J | T | | | | | |
| 5. Mass. Mun. Bond Funds | B | Dividend | | | Buy (add'l) | 5/24/12 | K | | |
| 6. | | | | | Sold | 11/23/12 | L | | |
| 7. Eaton Vance Tax Free | A | Dividend | | | Sold | 11/23/12 | K | | |
| 8. Basic Value Fund (Black Rock) | A | Dividend | | | Sold | 5/21/12 | J | | |
| 9. Fundamental Growth Funds (Black Rock) | | None | | | Sold | 5/24/12 | J | | |
| 10. Fidelity Floating Rate High Income Mutual Fund | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 11. Goldman Sachs Global Income Mutual Funds | A | Dividend | K | T | Buy | 11/23/12 | K | | |
| 12. Index ETFTR50 Hedge Multi-Strategy Fund | | None | J | T | Buy | 11/23/12 | J | | |
| 13. IShares TR Large Growth Index Fund | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 14. IShares TR Russell MidCap Index Fund | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 15. IShares TR S&P Global 100 Index Funds | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 16. IShares TR Russell 2000 Index Fund | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 17. Powershares Exchange Traded Fund | A | Dividend | J | T | Buy | 11/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR Ser TR Barclays High Yield Bond Fund | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 19. U.S. Commodity Index Fund | | None | J | T | Buy | 11/23/12 | J | | |
| 20. Vanguard Intl Equity Index Fund Inc. FTSE All World | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 21. Vanguard Intl Equity Index Funds MSCI Emerging Markets | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 22. Vanguard Index FDS Vanguard REIT ETF | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 23. 1st Global Ret. Acct, now New Eng. Sec. Ret. (pars. 24-32) | | | | | | | | | |
| 24. Berkshire Hathaway Class B | | None | K | T | | | | | |
| 25. Fidelity Cash Reserve, now Dreyfus Ins. Deposit | A | Interest | K | T | | | | | |
| 26. Loomis Sayles Investment Grade Bond Fd. Class C | A | Dividend | J | T | | | | | |
| 27. Loomis Sayles Strategic Income Fund Class C | A | Dividend | K | T | | | | | |
| 28. IShares Barclay Bond Fund | A | Interest | K | T | | | | | |
| 29. SPDR Gold Trust | | None | K | T | | | | | |
| 30. Fidelity Advisor Strategic Income Class C | A | Int./Div. | J | T | Buy | 5/24/12 | J | | |
| 31. Loomis Sayles Bond Fund | A | Int./Div. | J | T | Buy | 5/22/12 | J | | |
| 32. Pimco Total Return Class C | A | Int./Div. | K | T | Buy | 5/24/12 | J | | |
| 33. 1st Global IRA Ret., now New Eng. Sec. IRA (pars. 34-48) | | | | | | | | | |
| 34. Berkshire Hathaway Fund A | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital Reserves, now Dreyfus Insured Deposit | A | Interest | J | T | | | | | |
| 36. Black Rock Strategic Dividend Achievers Trust | A | Dividend | J | T | | | | | |
| 37. SPDR Gold TRust | | None | K | T | | | | | |
| 38. American Beacon Small Caps Value Fund | | None | | | Sold | 1/12/12 | K | | |
| 39. Artio Global High Income Fund | B | Dividend | K | T | Sold (part) | 1/12/12 | K | | |
| 40. Fidelity Advisor Global Common Stock Fund A | | None | | | Sold | 1/17/12 | J | | |
| 41. Fidelity Advisor Material Fund Class A | | None | | | Sold | 1/17/12 | J | | |
| 42. Harding Louvnes International Equity Portfolio Fund | A | Dividend | K | T | Sold (part) | 1/12/12 | K | | |
| 43. Hartford Float Rate Fund Class I | B | Int./Div. | K | T | | | | | |
| 44. LM Clearbridge Eq. Income Builder Fund A | | None | | | Sold | 1/17/12 | L | | |
| 45. Loomis Sayles Investment Grade Bond Fund Class Y | A | Dividend | K | T | | | | | |
| 46. Morgan Stanley Inst. International Real Estate Fund | | None | | | Sold | 1/12/12 | K | | |
| 47. Oppenheimer Dev. Markets Fund - Class A | | None | | | Sold | 1/17/12 | K | | |
| 48. Royce 100 Fund Srvice Class | | None | | | Sold | 1/12/12 | K | | |
| 49. Galaxy Retirement Fund, now Vanguard Ret Fund (as of 2/8/12) | | None | J | T | | | | | |
| 50. Retir. Acct., Pershing LLC Custodian (pars. 51-104 ) | | | | | | | | | |
| 51. Berkshire Hathaway Fund B | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Express Common Stock | A | Dividend | K | T | Buy (add'l) | 8/31/12 | J | | |
| 53. Johnson & Johnson Common Stock | A | Dividend | J | T | part buy | 2/3/12 | J | | |
| 54. | | | | | Sold (part) | 8/15/12 | J | | |
| 55. | | | | | Sold (part) | 8/20/12 | J | | |
| 56. Pershing Gov't Account Cash Reserves | A | Interest | J | T | | | | | |
| 57. Kraft Foods, Inc. Common Stock | | None | | | Sold | 03/6/12 | J | | |
| 58. Coca Cola Corp. Common Stock | A | Dividend | K | T | | | | | |
| 59. Pepsico Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 2/6/12 | J | | |
| 60. | | | | | Sold (part) | 8/15/12 | J | | |
| 61. Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | Buy (add'l) | 2/3/12 | J | | |
| 62. Nestle SA Sponsored ADRS Registered Common Stock | A | Dividend | J | T | Buy (add'l) | 1/17/12 | J | | |
| 63. Procter & Gamble Co. Common Stock | A | Dividend | K | T | Buy (add'l) | 2/1/12 | J | | |
| 64. | | | | | Sold (part) | 8/15/12 | J | | |
| 65. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 66. Wells Fargo & Co. Common Stock | A | Dividend | K | T | Sold (part) | 5/24/12 | J | | |
| 67. | | | | | Buy (add'l) | 6/14/12 | J | | |
| 68. BP PLC SPONS ADR Common Stock | | None | | | Sold | 1/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Abbott Labs Common Stock | A | Dividend | J | T | | | | | |
| 70. Merck & Co. Common Stock | | None | | | Sold | 2/2/12 | K | | |
| 71. Microsoft Corp. Common Stock | A | Dividend | | | Buy (add'l) | 2/7/12 | J | | |
| 72. | | | | | Sold (part) | 4/19/12 | J | | |
| 73. | | | | | Sold (part) | 5/22/12 | J | | |
| 74. | | | | | Sold | 9/1/12 | J | | |
| 75. WalMart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 76. Waste Management Inc. Common Stock | A | Dividend | | | Sold | 5/14/12 | J | | |
| 77. American International Group com. stock | | None | K | T | Buy (add'l) | 1/6/12 | J | | |
| 78. Sanofi Spons ADR | A | Dividend | J | T | Buy (add'l) | 3/9/12 | J | | |
| 79. Bank of New York Mellon Corp. Common Stock | A | Dividend | J | T | Buy (add'l) | 3/30/12 | J | | |
| 80. | | | | | Sold (part) | 5/18/12 | J | | |
| 81. | | | | | Buy (add'l) | 5/29/12 | J | | |
| 82. | | | | | Buy (add'l) | 6/29/12 | J | | |
| 83. | | | | | Sold (part) | 10/16/12 | J | | |
| 84. Bank of America Common Stock | A | Dividend | K | T | Buy | 2/2/12 | J | | |
| 85. Morgan Stanley Common Stock | | None | | | Buy | 1/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Neiman, Kenneth P. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 3/7/12 | J | | |
| 87. | | | | | Sold | 3/30/12 | J | | |
| 88. Hewlett Packard Common Stock | | None | | | Buy | 1/31/12 | J | | |
| 89. | | | | | Sold | 2/23/12 | J | | |
| 90. Teva Pharm Industries Common Stock | | None | | | Buy | 1/20/12 | J | | |
| 91. | | | | | Sold | 2/10/12 | J | | |
| 92. Conagra Foods, Inc. Common Stock | | None | J | T | Buy | 11/28/12 | J | | |
| 93. Dunkin Brands Group Inc. Common Stock | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 94. General Motors Common Stock | | None | J | T | Buy | 10/1/12 | J | | |
| 95. | | | | | Buy (add'l) | 10/5/12 | J | | |
| 96. Heinekin Common Stock | A | Dividend | J | T | Buy | 7/5/12 | J | | |
| 97. Swatch Group AG Common Stock | | None | J | T | Buy | 10/15/12 | J | | |
| 98. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 99. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 100. Sysco Group Common Stock | A | Dividend | J | T | Buy | 8/28/12 | J | | |
| 101. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 102. | | | | | Buy (add'l) | 9/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. USG Corp (New) Common Stock | | None | J | T | Buy | 4/26/12 | J | | |
| 104. Unilever DLC Spon Common Stock | A | Dividend | J | T | Buy | 4/18/12 | J | | |
| 105. ING savings account, now Capital One | A | Interest | L | T | | | | | |
| 106. Florence Savings Bank | A | Interest | J | T | Open | 2/1/12 | J | | |
| 107. Allianz Annuity Retirement Plan | | None | N | T | Open | 2/6/12 | M | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (1): value method: total tax assessment value by the City as of 12/31/12: $529,500.

Part VII (3): 1st Global Capital Corp. Brokerage Account (including paragraphs 4 through 9) transferred to New England Securities on 11/21/12.

Part VII (23): 1st Global Capital Corp. IRA Account (including paragraphs 24 through 32) transferred to New England Securities (Pershing) IRA on 12/5/12.

Part VII (33): 1st Global Capital Corp. IRA Account (including paragraphs 34 through 48) transferred to New England Securities (Pershing) IRA on 11/23/12.

Part VI I (77): other partial buys: 1/10/12; 2/3/12; 3/14/12; 3/19/12; 3/27/12; 7/17/12; 8/20/12 (all with J value codes).

Part VII (84): partial buys: 2/6/12; 2/8/12; 2/27/12; 3/7/12; 6/14/12; and 6/19/12 (all with J value codes). Partial sales: 3/27/12; 3/30/12; and 5/11/12 (all with J value codes).

Part VII (93): partial buys: 6/29/12; 7/20/12; and 8/8/12 (all with J value codes). Partial sale: 9/28/12 (J value).

Part VII (103): partial buys: 7/2/12 and 7/12/12 (all with J value codes). Partial sale: 12/7/12 (J value).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth P. Neiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544